UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.

STATE OF LOUISIANA; J. THOMAS SCHEDLER, Louisiana Secretary of State; LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS; BRUCE D. GREENSTEIN, Secretary of the Louisiana Department of Health and Hospitals; LOUISIANA DEPARTMENT OF CHILDREN AND FAMILY SERVICES; and RUTH JOHNSON, Secretary of the Louisiana Department of Children and Family Services

Civil Action NO. 3:11:CV-00470-JJB-DLD

ANSWER

J. Thomas Schedler, in his official capacity as Louisiana Secretary of State, for the State of Louisiana ("Schedler"), answers the Complaint as follows:

FIRST DEFENSE

The Complaint fails to state a claim or cause of action against Schedler in that the recitation of select statistical data that makes up the bulk of the allegations of the Complaint is a false metric of Schedler's compliance or lack of compliance with its responsibilities under the NVRA, and no other colorable allegations are made against Schedler. The Louisiana voter registration statistics reflect that, in fact, the State of Louisiana has one of the highest voter registration rates of all states in the U.S.

-1-

## SECOND DEFENSE

The Complaint fails to state a claim or cause of action against Schedler in that occasional and inadvertent omissions from established procedures and guidelines implementing the NVRA in Louisiana are not sufficient to warrant injunctive and declaratory relief.

## THIRD DEFENSE

This Court may not issue a declaratory judgment stating that Defendant Schedler failed to ensure implementation of Section 7 of the NVRA because the use of a declaratory judgment to adjudicate past conduct and/or to proclaim one party liable to another is an inappropriate use of declaratory judgment.

## FOURTH DEFENSE

This Court may not issue a declaratory judgment stating that Defendant Schedler failed to ensure implementation of Section 7 of the NVRA in the past because this Court may provide prospective relief only under the doctrine of *Ex Parte Young.*

## FIFTH DEFENSE

The Plaintiff's prayer for relief seeks to require Schedler to comply with Section 7 the NVRA, and such an order by the Court would be mere surplusage since Schedler has a duty to comply with the NVRA. A blanket order to "follow the law" is vague, meaningless and unenforceable.

## SIXTH DEFENSE

The Plaintiffs seek an order from this Court which subjects Defendant Schedler to a court-approved plan to adopt unspecified policies, to publicize voter registration laws, to adopt a remedial plan with reporting and monitoring requirements and to offer voter registration to individuals who applied for disability services or public assistance in the last five years. This Court should not issue such an order because the National Voter Registration Act does not require any state officer to subject itself to a court-approved plan with reporting and monitoring requirements to remedy any alleged harm caused by noncompliance with Section 7 of the NVRA, nor to subject itself to a court-approved plan with reporting and monitoring requirements which would require that office to take other steps necessary to ensure ongoing compliance with the requirements of Section 7 of the NVRA.

## SEVENTH DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## EIGHTH DEFENSE

The Complaint fails to state a claim against Defendant Schedler regarding matters occurring prior to January 12, 2004.

In answer to particular allegations of the Complaint:

I.

Schedler admits paragraphs 1, 4, 5 and 6.

II.

Schedler denies paragraphs 2, 12, 14, 15, 16, 19, 23, 24 and 25.

III.

Schedler denies for lack of sufficient information paragraphs 7, 8, 9, 10, 13, 20, 21 and 22.

IV.

Answering paragraph 3 of the Complaint, Schedler admits that venue is proper but submits that there is a more convenient venue in the Eastern District of Louisiana where a substantially similar suit is presenting pending.

V.

Answering paragraph 11 of the Complaint, Schedler admits the allegations in part, but avers that it contains an incomplete statement of the applicable law.

VI.

Answering paragraph 17 of the Complaint, Schedler admits that paragraph 17 contains an accurate but incomplete summary of the contents of the subject EAC reports. Schedler particularly denies the Complaint's characterization and import of the subject data.

VII.

Answering paragraph 18 of the Complaint, Schedler admits that paragraph 18 contains

an accurate but incomplete summary of the contents of the subject EAC reports. Schedler particularly denies the Complaint's characterization and import of the subject data.

VIII.

Defendant Schedler is entitled to and requests reasonable attorneys fees, including litigation expenses, and costs associated with this proceeding under 42 U.S.C. 1973gg-9(c).

WHEREFORE, Defendant, J. Thomas Schedler, Louisiana Secretary of State, prays that the Complaint be dismissed, and for reasonable attorneys fees, including litigation expenses and costs.

Respectfully Submitted:

s/Celia R. Cangelosi
CELIA R. CANGELOSI
Bar Roll No. 12140
918 Government Street, Suite 101
P.O. Box 3036
Baton Rouge, LA 70821
Telephone: (225) 387-0511
Facsimile: (225) 387-3198
Email: celiacan@bellsouth.net

s/ Carey T. Jones
CAREY T. JONES (Bar #07474)
8115 Vincent Road
P.O. Box 700
Denham Springs, LA 70727
Telephone: (225) 664-0077
Facsimile: (225) 664-9477
tjones@tomjoneslaw.com

*Attorneys for J. Thomas Schedler, Louisiana Secretary of State*

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that a copy of the above and foregoing "Answer" was sent electronically or via U.S. First Class Mail, postage prepaid, to the following:

John J. Gaupp
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, LA 70801
Email: john.gaupp@usdoj.gov

T. Christian Herren, Jr.
Meredith Bell-Platts
Bradley E. Heard, Trial Attorney
Anna M. Baldwin
Justin Weinstein-Tull
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Email: Bradley.Heard@usdoj.gov
*Attorneys for Plaintiff*

William S. Bryan, III
P.O. Box 94005
Baton Rouge, LA 70804-9005
bryanb@ag.state.la.us
*Attorney for State of Louisiana*

Stephen R. Russo (srusso@la.gov)
David McCay (david.mccay@la.gov)
Douglas L. Cade (douglas.cade@la.gov)
Kimberly L. Humbles (kim.humbles@la.gov)
Department of Health & Hospitals
Bureau of Legal Services
Bienville Blvd.
628 N. 4th Street
Baton Rouge, LA 70802
*Attorneys for Bruce D. Greenstein, Secretary of the Louisiana Department of Health and Hospitals and Louisiana Department of Health and Hospitals*

Amy Colby (amy.colby@la.gov)
Celia Alexander (celia.alexander@la.gov)
Bureau of General Counsel
Louisiana Department of Children and Family Services
P.O. Box 1887
Baton Rouge, LA 70821
*Attorneys for Ruth Johnson, Secretary of the Louisiana Department of Children and Family Services and Louisiana Department of Children and Family Services*

  Baton Rouge, Louisiana, this 25th day of August, 2011.

           s/Celia R. Cangelosi
           CELIA R. CANGELOSI

-6-

Case 3:11-cv-00470-JJB-RLB  Document 27  08/25/11  Page 6 of 6