UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.

Civil Action No. 3:11:CV-00470-JJB-DLD

STATE OF LOUISIANA; J. THOMAS SCHEDLER, Louisiana Secretary of State; LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS; BRUCE D. GREENSTEIN, Secretary of the Louisiana Department of Health and Hospitals; LOUISIANA DEPARTMENT OF CHILDREN AND FAMILY SERVICES; and RUTH JOHNSON, Secretary of the Louisiana Department of Children and Family Services

**ANSWER**

NOW INTO COURT, through undersigned counsel, comes Defendant, State of Louisiana ("State"), who answers the Complaint as follows:

**FIRST DEFENSE**

The complaint fails to state a claim or a cause of action against the State in that injunctive and declaratory relief are not warranted by the mere occasional and inadvertent omissions from standard procedures contained in the National Voter Registration Act (NVRA).

**SECOND DEFENSE**

Under the *Ex parte Young* doctrine, the state and its individual officers may be sued in federal court to obtain only prospective relief from an ongoing violation of federal law.

## THIRD DEFENSE

There are no provisions contained within the NVRA which requires a state, or it officers, to subject itself to the relief requested by the plaintiffs in order to remedy any allegation of non-compliance with Section 7 of the NVRA.

## FOURTH DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

In answering particular allegations contained within the Complaint:

### I.

The State admits paragraphs 1, 4, and 5.

### II.

The State admits it is named as a defendant in this matter. To the extent any other response is required, the allegations in paragraphs 6, 7, 8, 9, and 10 are denied.

### III.

The State denies for lack of sufficient information the allegations contained in paragraphs 2, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, and 25.

### IV.

The State admits the allegation contained in paragraph 3 that venue is proper but submits that the Eastern District of Louisiana is a more convenient forum and has filed a motion to transfer to that effect as that venue contains pending suit which is similarly situated.

**WHEREFORE,** Defendant, State of Louisiana, prays that this Court issue an Order dismissing Plaintiff's Complaint with prejudice.

Respectfully Submitted:

s/William P. Bryan, III
WILLIAM P. BRYAN, III
Louisiana Bar. Roll No. 26826
P. O. Box 94005
Baton Rouge, La 70804-9005
Telephone: (225) 326-6030
Facsimile: (225) 326-6099
Email: bryanb@ag.state.la.us
Attorney for State of Louisiana

## CERTIFICATE OF SERVICE AND ELECTRONIC FILING

I HEREBY CERTIFY that a copy of the above and foregoing Memorandum in Support of Motion to Dismiss was sent electronically or via U.S. First Class Mail, postage prepaid, to the following:

John Joseph Gaupp
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, LA 70801
John.gaupp@usdoj.gov

Bradley E. Heard, Trial Attorney
Anna M. Baldwin
Meredith Bell-Platts
T. Christian Herren, Jr.
Justin Weinstein-Tull
United States Dept. of Justice
Civil Rights Division
950 Pennsylvania Ave., N.W.
Washington, DC 20530
Bradley.Heard@usdoj.gov

Celia R. Cangelosi
918 Government St.
P.O. Box 3036
Baton Rouge, LA 70821
celiacan@bellsouth.net

Carey T. Jones
8115 Vincent Road
P.O. Box 700
Denham Springs, LA 70727
tjones@tomjoneslaw.com

Louisiana Department of Health and Hospitals
628 N. 4th Street
P. O. Box 3836
Baton Rouge, LA 70821-3836
Telephone: (225) 342-1128
Facsimile: (225) 342-2232
Email: Stephen.Russo@La.Gov
Kimberly.Humbles@La.Gov
Douglas.Cade@La.Gov
David.McCay@La.Gov
Attorneys for Defendants Louisiana Department of Health and Hospitals and Bruce D. Greenstein, Secretary of the Louisiana Department of Health and Hospitals

Louisiana Department of Children & Family Services
627 N. 4th St., 4th Floor (70802)
P.O. Box 1887
Baton Rouge, LA 70821
Phone: (225) 342-1125
Facsimile: (225) 342-9139
Email: amy.colby@la.gov
Celia.alexander@la.gov
Attorneys for Defendants Louisiana Department of Children & Family Services and Ruth Johnson, Secretary of the Louisiana Department of Children & Family Services

Baton Rouge, Louisiana, this 9th day of September, 2011

/s/ William P. Bryan
WILLIAM P. BRYAN, III