IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>    v.<br><br>STATE OF LOUISIANA, *et al.,*<br><br>    *Defendants.* | CIVIL ACTION NO.<br>3:11-CV-00470-JJB-DLD |

**UNITED STATES' MOTION IN THE ALTERNATIVE
FOR LEAVE TO PROPOUND ADDITIONAL INTERROGATORIES
TO THE DHH DEFENDANTS AND TO SHORTEN RESPONSE TIME**

On March 20, 2012, Defendants Louisiana Department of Health and Hospitals and its Secretary, Bruce D. Greenstein, (collectively "DHH") filed a motion for entry of a protective order, alleging that the interrogatories the United States served on DHH on January 14, 2012, exceeded the number of interrogatories granted the United States by this Court. ECF No. 77. The United States filed a brief in opposition to DHH's motion, disputing DHH's contentions. ECF No. 81.

In the event that this Court agrees with DHH that the United States has exceeded its allotted number of interrogatories, the United States respectfully moves in the alternative for leave to propound sufficient additional interrogatories to encompass all of the interrogatories previously served upon DHH. ECF No. 77-4. In addition, the United States requests that this Court require DHH to respond to the United States' interrogatories within fourteen days of this Court's ruling on DHH's motion for entry of a protective order or the United States' motion in the alternative for additional interrogatories. In support of this motion, the United States restates and incorporates its brief in opposition to DHH's motion for protective order, ECF No. 81.

Respectfully submitted this 10th day of April, 2012.

| | |
|---|---|
| DONALD J. CAZAYOUX, JR.<br>United States Attorney<br>Middle District of Louisiana | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division |
| **s/ John J. Gaupp**<br>JOHN J. GAUPP, LBN 14976<br>Assistant United States Attorney<br>777 Florida Street, Suite 208<br>Baton Rouge, Louisiana 70801<br>Telephone:     (225) 389-0443<br>Fax:              (225) 389-0685<br>E-mail:         john.gaupp@usdoj.gov | **s/ Justin Weinstein-Tull**<br>T. CHRISTIAN HERREN, JR.<br>MEREDITH BELL-PLATTS<br>BRADLEY E. HEARD, Trial Attorney<br>ANNA M. BALDWIN<br>JUSTIN WEINSTEIN-TULL<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br>Telephone:     (202) 353-0319<br>Facsimile:     (202) 307-3961<br>E-mail: Justin.Weinstein-Tull@usdoj.gov |

## **CERTIFICATE OF SERVICE**

This certifies that I have this day filed the **United States' Motion in the Alternative for Leave To Propound Additional Interrogatories to the DHH Defendants and To Shorten Response Time** electronically using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record through the Court's electronic filing system.

This 10th day of April, 2012.

                                              **s/ Justin Weinstein-Tull**
                                              JUSTIN WEINSTEIN-TULL
                                              Civil Rights Division
                                              U.S. Department of Justice
                                              Voting Section - NWB
                                              950 Pennsylvania Avenue, N.W.
                                              Washington, D.C. 20530
                                              Telephone:     (202) 353-0319
                                              Facsimile:     (202) 307-3961
                                              E-mail:Justin.Weinstein-Tull@usdoj.gov