UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | : CIVIL ACTION NO.: |
|---|---|
| VS. | : 11-470-JJB-MJU |
| STATE OF LOUISIANA, ET AL | : |

## NOTICE OF DECISION
## WHICH MAY IMPACT MOTION FOR RECONSIDERATION / MOTION FOR STAY

**NOW INTO COURT**, through undersigned counsel, come Defendants Louisiana Department of Children and Family Services and Secretary Suzy Sonnier ("DCFS") and Louisiana Department of Health and Hospitals and Secretary Bruce Greenstein ("DHH"), (collectively, "Defendants"), who wish to provide formal notice to this Court of a ruling which may impact this Court's ruling on Defendants' Motion for Reconsideration / Motion to Stay (R. Doc. 147, filed 12/13/12). On January 23, 2013, a ruling was issued in the Eastern District of Louisiana case of *Scott, et al. v. Schedler, et al.*, No. 11-926 (formerly known as "*Ferrand*").[1] See attached "Findings of Fact and Conclusions of Law" and "Permanent Injunction."

---

[1] Upon motion of the Plaintiffs, the Eastern District amended the caption of the *Ferrand* matter on December 3, 2012, such that the current caption for that matter is: "Luther Scott, Jr. and Louisiana State Conference of the NAACP vs. TOM SCHEDLER, in his official capacity as the Louisiana Secretary of State, SUZY SONNIER, in her official capacity as Secretary of the Louisiana Department of Children & Family Services, and BRUCE D. GREENSTEIN, in his official capacity as Secretary of the Louisiana Department of Health & Hospitals." Doc. 435, Docket No. 2:11-926 EDLA.

Respectfully Submitted:

**TAYLOR, PORTER, BROOKS & PHILLIPS LLP**

/s/ Amy C. Lambert
Harry J. "Skip" Philips, Jr. (No. 2047)
Amy C. Lambert (No. 24348)
Katia Desrouleaux Bowman (No. 31700)
P. O. Box 2471 (70821-2471)
451 Florida Street, 8th Floor
Baton Rouge, LA 70801
Telephone: (225) 387-3221
Facsimile: (225) 346-8049
*skip.philips@taylorporter.com*
*amy.lambert@taylorporter.com*
*katia.bowman@taylorporter.com*

*Counsel for Defendant, Suzy Sonnier, in her official capacity as Secretary of the Louisiana Department of Children & Family Services and Defendant, Bruce Greenstein, in his official capacity as Secretary of the Louisiana Department of Health and Hospitals*

Eboni M. Townsend, Bar Roll (30094)
Celia M. Alexander, Bar Roll (27925)
Charles L. Dirks, Bar Roll (25650)
Bureau of General Counsel
Department of Children & Family Services
627 N. 4th Street, Fourth Floor (70802)
Post Office Box 1887
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1125
Facsimile: (225) 342-9139
*Attorneys for Suzy Sonnier, in her official capacity as Secretary of the Louisiana Department of Children & Family Services*

Douglas L. Cade (22747)
Rebecca Clement (31665)
Stephen R. Russo (23284)
Kimberly L. Humbles (24465)
David L. McCay (23527)
Louisiana Department of Health & Hospitals

Bureau of Legal Services
Bienville Building
628 N. 4th Street
P.O. Box 3836
Baton Rouge, LA 70821
Telephone: 225-342-1128
*Attorneys for Bruce Greenstein, in his official capacity as Secretary of the Louisiana Department of Health & Hospitals*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing was electronically filed in the CM/ECF system and all counsel would therefore receive a copy of the foregoing through hat system.

/s/ Amy C. Lambert
**Amy C. Lambert**