RECEIVED
MAR 28 2013
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

United States District Court
Middle District of Louisiana

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

FILED
March 28, 2013

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 21, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 12-90075    USA v. State of Louisiana, et al
        USDC No. 3:11-CV-470

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                        By: _____
                        Cindy M. Broadhead, Deputy Clerk
                        504-310-7707

Honorable James J. Brady
Mrs. Katia Desrouleaux Bowman
Mr. Douglas L. Cade
Ms. Celia Rhea Cangelosi
Mr. John Joseph Gaupp
Mr. Carey Thompson Jones
Ms. Amy Collier Lambert
Mr. Nick Lorio
Ms. Angela Macdonald Miller
Mr. Harry Joseph Philips Jr.
Ms. Jessica Dunsay Silver

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 12-90075

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

versus

BRUCE D. GREENSTEIN,
Secretary of the Louisiana Department of Health and Hospitals;
LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS;
J. THOMAS SCHEDLER, Louisiana Secretary of State,

    Defendants-Petitioners.

Applications for Leave To Appeal
an Interlocutory Order

Before SMITH, PRADO, and HIGGINSON, Circuit Judges.
PER CURIAM:

    IT IS ORDERED that the motion of Bruce Greenstein and the Louisiana Department of Health and Hospitals to have their petition for permission to appeal held in abeyance until such time as the district court rules on the

motion for reconsideration, following the scheduled April 15, 2013, hearing on the motion for reconsideration, is DENIED. The alternative request that any dismissal of the petition be without prejudice is GRANTED.

IT IS THEREFORE ORDERED that, on the court's motion, the applications for permission to appeal filed by Bruce Greenstein, the Louisiana Department of Health and Hospitals, and J. Thomas Schedler are DISMISSED without prejudice to their being re-filed upon action by the district court on the motion for reconsideration. As stated above, this order applies to both requests for permission to appeal that have been filed. This court expresses no view on the merits of the motion for reconsideration or on the merits of any appeal.

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

MAR 21 2013