IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. STATE OF LOUISIANA, *et al.*, *Defendants.* | CIVIL ACTION NO. 3:11-CV-470-JJB-RLB |

### NOTICE OF THE WITHDRAWAL WITHOUT PREJUDICE OF THE UNITED STATES' THIRD REQUESTS FOR PRODUCTION OF DOCUMENTS

Plaintiff, UNITED STATES OF AMERICA, respectfully gives notice to the Court and all parties of its withdrawal without prejudice of its Third Requests for Production of Documents served upon Defendants Schedler, DCFS/Sonnier, and DHH/Greenstein. The requests seek production of databases maintained by Defendants containing identifying and demographic information relating to each registered voter in Louisiana; each applicant for and/or recipient of SNAP, TANF, kinship care or childcare assistance benefits from DCFS; and each applicant for and/or recipient of public assistance or disability services benefits from the following DHH programs: Medicaid, Louisiana Commission for the Deaf ("LCD"), Office for Citizens with Developmental Disabilities ("OCDD"), Office of Behavioral Health ("OBH"), and Office of Aging and Adult Services ("OAAS").

The United States is withdrawing these requests at this time in the interests of accelerating the litigation of this case and because the discovery produced to date in this litigation, as well as the discovery, uncontested facts, and findings of fact in the *Scott v. Schedler* case in the Eastern District (Case No. 2:11-cv-926-JTM-JCW, ECF Nos. 373, 476), may obviate

1

the need for the production of the database information sought in the Third Requests for Production.

The Third Requests for Production are the subject of the pending motion for reconsideration by the defendants (ECF No. 147) and the April 15, 2013, evidentiary hearing scheduled by this Court (ECF No. 155).[1] Given the withdrawal of the Third Requests for Production, the United States believes that the pending motion for reconsideration is moot and respectfully suggests to the Court that the evidentiary hearing currently calendared for April 15 is therefore not necessary—at least with respect to the issues previously outlined in the Court's order. The United States is nevertheless prepared to attend the April 15 hearing if the Court wishes to discuss the status of discovery or any other matter relating to the case.

By April 12, 2013, the United States intends to file a renewed motion for the entry of a Phase 2 discovery order, along with a proposed Phase 2 discovery plan and a request for a status conference with the newly-assigned magistrate judge. The United States reserves the right, during Phase 2, to depose Defendants' representatives regarding the potential costs, feasibility, timeframes, and technical issues relating to producing electronic database material, as requested in the Third Requests for Production. In the event the United States determines that it is still in need of some or all of the database information, it will reissue new requests for production at that time.

---

[1] Defendants' motion for reconsideration relates to extensive prior motions practice regarding the Third Requests for Production. *See* ECF Nos. 96, 98, 99 (Defendants' motions for protective order and evidentiary hearing); ECF Nos. 107, 109, 110 (United States' motions to compel); ECF No. 127 (Magistrate Judge Dalby's order denying those discovery motions as moot); ECF Nos. 128, 130, 131 (Defendants' appeals of the Magistrate Judge's order); ECF Nos. 133, 136 (United States' briefs in opposition to the appeals); ECF No. 145 (this Court's order affirming the Magistrate Judge's order); ECF No. 147 (Defendants' motion for reconsideration); and ECF No. 150 (United States' brief in opposition to the motion for reconsideration).

Respectfully submitted this 3rd day of April, 2013.

| | |
|---|---|
| DONALD J. CAZAYOUX, JR.<br>United States Attorney<br>Middle District of Louisiana<br><br>**s/ John J. Gaupp**<br>JOHN J. GAUPP, LBN 14976<br>Assistant United States Attorney<br>777 Florida Street, Suite 208<br>Baton Rouge, Louisiana 70801<br>Telephone: (225) 389-0443<br>Fax: (225) 389-0685<br>E-mail: john.gaupp@usdoj.gov | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division<br><br>**s/ Bradley E. Heard**<br>T. CHRISTIAN HERREN, JR.<br>MEREDITH BELL-PLATTS<br>BRADLEY E. HEARD, Trial Attorney<br>ANNA M. BALDWIN<br>MICHELLE A. MCLEOD<br>DAVID G. COOPER<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 305-4196<br>Fax: (202) 307-3961<br>E-mail: Bradley.Heard@usdoj.gov |

## CERTIFICATE OF SERVICE

This certifies that I have this day filed the within and foregoing **Notice of the Withdrawal Without Prejudice of the United States' Third Requests for Production of Documents** electronically using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record through the Court's electronic filing system.

This 3rd day of April, 2013.

**s/ Bradley E. Heard**
BRADLEY E. HEARD
Civil Rights Division
U.S. Department of Justice
Voting Section - NWB
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone:   (202) 305-4196
Facsimile:   (202) 307-3961
E-mail: Bradley.Heard@usdoj.gov