IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.

STATE OF LOUISIANA, *et al.,*

    *Defendants.*

CIVIL ACTION NO.
3:11-CV-00470-JJB-RLB

## UNITED STATES' PRELIMINARY LIST OF DEPONENTS

Pursuant to the Court's instructions during the status conference on April 15, 2013, Plaintiff, UNITED STATES OF AMERICA, provides the following preliminary list of the persons whom it may wish to depose during Phase 2 of discovery. This list is subject to modification based on the United States' further review of existing or forthcoming discovery materials, subsequent factual developments relating to the subject matter of this litigation, and other strategic litigation considerations. The presence of an individual's name on this list does not necessarily indicate that the United States will proceed with the deposition of that individual; nor does the absence of an individual's name on this list necessarily indicate that the United States will not seek to depose that individual. This list is simply a good-faith effort on the part of the United States to identify likely deponents, in accordance with the Court's instructions.

The witnesses are organized by interested entity defendant.

### DEPARTMENT OF CHILDREN AND FAMILY SERVICES WITNESSES

- Sammy Guillory: Deputy Assistant Secretary – Programs
- Sharon Tucker, Deputy Secretary of Operations
- Kim Matherne, Executive Director of Economic Stability

1

- Debra (Debby) Nance: SNAP/CCAP Program Director
- Myron Berzas: TANF Program Director
- Michael Morris, Information Technology (CAFÉ)
- [Name Unknown], Social Service Analyst Supervisor, Orleans Parish (Midtown) Economic Stability (Region 1)
- James Utley, Social Service Analyst Supervisor, Terrebonne Parish Economic Stability (Region 4)
- [Name Unknown], Social Service Analyst Supervisor, East Baton Rouge Parish (North) Economic Stability (Region 2)
- Bernadette Huey, Area Director, Monroe (Ouachita) Economic Stability (Region 9)
- Dawn Becton, Area Director - Calcasieu/Cameron/Jeff Davis Economic Stability (Region 6)

## DEPARTMENT OF HEALTH AND HOSPITALS WITNESSES

*Medicaid Program*
- Kyle Viator, Medicaid Deputy Director, Program Operations, Policy Development & Implementation
- Dianne Batts, Medicaid Deputy Director, Eligibility Field Operations, Policy, Supports, and Systems
- Shakeysha Johnson, Medicaid Application Center Outreach Manager – Eligibility Support Section
- Michelle Norwood, Medicaid Assistant Regional Administrator (Region 1 – Orleans)
- Brandon Bueche, Medicaid Regional Administrator (Region 2 – Baton Rouge)
- Shauna C. Roubion, Medicaid Area Manager, Jefferson Parish - West Bank (Region 3 - Thibodaux)
- Lester Turner, Medicaid Area Supervisor, Rapides Parish (Region 6 – Alexandria)
- Mary Mason, Medicaid Area Manager (Region 7 – Shreveport)
- Patti Navarre, Financial Counselor, Lafayette General Medical Center
- Rhonda Litt, CEO, Capitol City Family Health Center
- Hao-Nhi Tran, Patient Registration Coordinator/Benefit Enrollment Representative, New Orleans East Louisiana Community Health Center (NOELA CHCdhh)

*Office of Public Health - WIC Program*
- Courtney N. Phillips, Interim Deputy Secretary (supervises OCDD, OBH, OPH, OAAS, LCD)

- Karen A. Chustz, Director of Nutrition Services (WIC)

*Office of Citizens With Developmental Disabilities Program*

- Julia Kenny, Former Assistant Secretary, OCDD
- Laura Brackin, Assistant Secretary, OCDD
- Anthony Speier, Assistant Secretary, OBH
- Dr. Scott Meche, Director, Developmental Disabilities Services (Region 2 – Capitol Area Human Services District)
- Wesley Cagle, Director, Developmental Disabilities Services (Region 3 – South Central Louisiana Human Services Authority)
- Patrick Juneau, Supervisor, (Region 5 – Community Services Office)
- Sharon Doyle, Acting Administrator (Region 7 – Northwest Louisiana Community Service Office)
- Kristin Tulli, Community Services Supervisor (Region 9 – Florida Parishes Human Services Authority)

*Office of Aging and Adult Services Program*

- Hugh Eley, Assistant Secretary, OAAS
- Rick Henley, Director of Policy and Program Management, OAAS
- Linda Taylor, Regional Manager (Region 1 – Baton Rouge)
- Todd Guillot, Regional Manager (Region 3 – Thibodaux)
- Ramona Ryland, Regional Manager (Region 6 – Alexandria)
- Tim Cain, Regional Manager (Region 7 – Shreveport)

*Louisiana Commission for the Deaf*

- Naomi DeDual, Executive Director, LCD
- Lynn Blanchard, Executive Director, Affiliated Blind of Louisiana (Lafayette)
- Bill Price, President, Lighthouse for the Blind (Baton Rouge) (LCD)
- Valarie Patterson, Executive Director, North Shore Deaf Action Center, LCD

*Office of Behavioral Health Program*

- Cindy Rives, Deputy Assistant Secretary for Administration, OBH
- Joyce Ben, OBH Regional Administrator (Acadiana Area Human Services District)
- Dr. Jan Kasofsky, Executive Director (Capitol Area Human Services District)
- Cathy Storm (Metropolitan Human Services District)
- Mark DeBord, OBH Regional Administrator (Region 8 – Northeast Louisiana Behavioral Health Services)

## SECRETARY OF STATE WITNESSES

- J. Thomas Schedler, Secretary of State
- Angie Rogers, Commissioner of Elections
- Lani Durio, Attorney / SOS NVRA Coordinator
- Will Crawford, Attorney / Former SOS NVRA Coordinator
- Cate McRitchie, Election Program Specialist
- Joanne Reed, Election Program Administrator

## STATE OF LOUISIANA WITNESSES
### (College and University Disability Services Offices)

- Dr. M. Coleen Speed, Director of Student Counseling Services, Grambling State University [University of LA System]
- Stacey Lolley, Disability Services Coordinator, Louisiana Tech University [University of LA System]
- Tracy Blanchard, Associate Director, Accommodation Advocacy and Guidance, LSU [LSU System]
- Yolanda Mims, Director, Students With Disabilities Program, SUNO [Southern University System]
- Dr. Kristine Strickland, Director of Student Services, Louisiana Community & Technical College System; and Interim Executive Dean, Delgado Community College – West Bank Campus

Respectfully submitted this 29th day of April, 2013.

| | |
|---|---|
| DONALD J. CAZAYOUX, JR.<br>United States Attorney<br>Middle District of Louisiana | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division |
| **s/ John J. Gaupp**<br>JOHN J. GAUPP, LBN 14976<br>Assistant United States Attorney<br>777 Florida Street, Suite 208<br>Baton Rouge, Louisiana 70801<br>Telephone: (225) 389-0443<br>Fax: (225) 389-0685<br>E-mail: john.gaupp@usdoj.gov | **s/ Bradley E. Heard**<br>T. CHRISTIAN HERREN, JR.<br>MEREDITH BELL-PLATTS<br>BRADLEY E. HEARD, Trial Attorney<br>ANNA M. BALDWIN<br>MICHELLE A. MCLEOD<br>DAVID G. COOPER<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 305-4196<br>Fax: (202) 307-3961<br>E-mail: Bradley.Heard@usdoj.gov |

# CERTIFICATE OF SERVICE

This certifies that I have this day filed the within and foregoing **United States' Preliminary List of Deponents** electronically using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record through the Court's electronic filing system.

This 29th day of April, 2013.

        **s/ Bradley E. Heard**
        BRADLEY E. HEARD
        Civil Rights Division
        U.S. Department of Justice
        Voting Section - NWB
        950 Pennsylvania Avenue, N.W.
        Washington, D.C. 20530
        Telephone:    (202) 305-4196
        Facsimile:    (202) 307-3961
        E-mail: Bradley.Heard@usdoj.gov