UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION NO.:** |
| **VS.** | **11-CV-00470-JWD-RLB** |
| **STATE OF LOUISIANA, ET AL** | |

**JOINT MOTION FOR ORAL ARGUMENT**
**AND REQUEST FOR EXPEDITED CONSIDERATION**

NOW INTO COURT, through undersigned counsel, come the Louisiana Department of Children and Family Services and Secretary Suzy Sonnier[1] (collectively "DCFS"), the Louisiana Department of Health and Hospitals and Secretary Kathy Kliebert[2] (collectively "DHH"), and the Secretary of State, Tom Schedler ("SOS"), who jointly move this Honorable Court for an order setting for oral argument the recently briefed issue of the preclusive effect of *Scott v. Schedler* on this litigation. To the extent there are diverging arguments by three separate parties as to what parts of the *Scott* litigation are binding in this case as to what parties and to what extent, Defendants believe that oral argument would assist the Court in deciding the effect of *Scott* on this case.

Further, because the Court has ordered the parties to proceed with discovery and considering the impending discovery deadlines, all of which will be impacted by any ruling of this Court related to the scope of this litigation, Defendants respectfully request that oral argument be heard on this matter as soon as the Court's docket will allow.

---

[1] Ruth Johnson was named a party as DCFS Secretary in the original Complaint, but since that time Suzy Sonnier has been named Secretary of the DCFS.
[2] Bruce Greenstein was named a party as DHH Secretary in the original Complaint, but since that time Kathy Kliebert has been named Secretary of DHH.

1

WHEREFORE, Defendants DCFS, DHH, and Secretary of State, Tom Schedler, pray for an order of this Court setting the matter of the preclusive effect of *Scott* in this case for oral argument as soon as the Court's docket allows.

Submitted on: January 9, 2015.

    Respectfully Submitted:

**TAYLOR, PORTER, BROOKS & PHILLIPS LLP**

/s/ Katia Desrouleaux Bowman
Harry J. "Skip" Philips, Jr. (No. 2047)
Amy C. Lambert (No. 24348)
Katia Desrouleaux Bowman (No. 31700)
P. O. Box 2471 (70821-2471)
451 Florida Street, 8th Floor
Baton Rouge, LA  70801
Telephone:  (225) 387-3221
Facsimile: (225) 346-8049
*skip.philips@taylorporter.com*
*amy.lambert@taylorporter.com*
*katia.bowman@taylorporter.com*

*Counsel for Defendant, Suzy Sonnier, in her official capacity as Secretary of the Louisiana Department of Children & Family Services and Defendant, Kathy Kliebert, in her official capacity as Secretary of the Louisiana Department of Health and Hospitals*

Celia M. Alexander, Bar Roll (27925)
Charles L. Dirks, Bar Roll (25650)
Bureau of General Counsel
Department of Children & Family Services
627 N. 4th Street, Fourth Floor (70802)
Post Office Box 1887
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1125
Facsimile: (225) 342-9139
*Attorneys for Suzy Sonnier, in her official capacity as Secretary of the Louisiana Department of Children & Family Services*

Rebecca Clement (31665)

        Stephen R. Russo (23284)
        Kimberly L. Humbles (24465)
        David L. McCay (23527)
        Louisiana Department of Health & Hospitals
        Bureau of Legal Services
        Bienville Building
        628 N. 4th Street
        P.O. Box 3836
        Baton Rouge, LA 70821
        Telephone: 225-342-1128
        *Attorneys for Kathy Kliebert, in her official capacity as Secretary of the Louisiana Department of Health & Hospitals*

        /s/ Carey T. Jones
        Carey T. Jones (07474)
        Bar Roll No. 07474
        8115 Vincent Road
        P.O. Box 700
        Denham Springs, LA 70727
        Telephone: (225) 664-0077
        tjones@tomjoneslaw.com

        Celia R. Cangelosi (12140)
        Bar Roll No. 12140
        918 Government Street, Suite 101
        P.O. Box 3036
        Baton Rouge, LA 70821
        Telephone: (225) 387-0511
        celiacan@bellsouth.net

        *Attorneys for Defendant, Tom Schedler in his official capacity as Louisiana Secretary of State*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing was electronically filed in the CM/ECF system and all counsel would therefore receive a copy of the foregoing through hat system.

        / s/ Katia Desrouleaux Bowman
        Katia Desrouleaux Bowman