UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : **CIVIL ACTION NO.:** |
| | : |
| **VS.** | : **11-CV-00470-JWD-RLB** |
| | : |
| **STATE OF LOUISIANA, ET AL** | : |
| | : |

**ORDER**

Considering the Motion for Oral Argument filed by the Louisiana Department of Children and Family Services and Secretary Suzy Sonnier ("DCFS"), the Louisiana Department of Health and Hospitals and Secretary Kathy Kliebert ("DHH"), and the Secretary of State, Tom Schedler ("SOS"):

IT IS ORDERED that said motion is hereby GRANTED and this matter is set for oral argument on the _____ day of _____, 2015 at _____ a.m.

Baton Rouge, Louisiana, this _____ day of January, 2015.

_____
JUDGE, U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA