UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION** |
| **V.** | **NO. 11-470-JWD-RLB** |
| **STATE OF LOUISIANA** | |

### RULING

This matter is before the Court on Motion to Review Magistrate's Order Granting the United States' Motion to Compel (Doc. 287) on Behalf of the Secretary of State. The Court has reviewed the Motion to Review Magistrate's Order (Doc. 288), Memo in Opposition (Doc. 305), the Reply Memorandum (Doc. 317) and the order of the Magistrate Judge (Doc. 287). The Court finds no error of fact or law. Indeed, the Court agrees with the Magistrate Judge's assessment.

Accordingly, the Motion to Review Magistrate's Order Granting the United States' Motion to Compel on Behalf of the Secretary of State (Doc. 288) is DENIED, and the order granting the United States' Motion To Compel (Doc. 287) issued by the Magistrate Judge is **AFFIRMED**.

Signed in Baton Rouge, Louisiana, on January 4, 2016.

**JUDGE JOHN W. deGRAVELLES**
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA