IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br>          v.<br><br>STATE OF LOUISIANA, *et al.,*<br><br>   *Defendants.* | CIVIL ACTION NO.<br>3:11-CV-470-JWD-RLB |

## UNITED STATES' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rules 7(d) and 56, Plaintiff UNITED STATES OF AMERICA respectfully moves this Court for an order granting summary judgment to the United States and declaring Defendants in violation of the National Voter Registration Act of 1993 ("NVRA"), 52 U.S.C. §§ 20501 to 20511.  Specifically, the undisputed material facts establish that the State of Louisiana, its Secretary of State, and various public officials and agencies have failed to provide voter registration opportunities and assistance to eligible applicants for and recipients of public assistance and state-funded disabilities services in Louisiana that are required by Section 7 of the NVRA ("Section 7"), 52 U.S.C. § 20506.

The United States acknowledges that since the filing of this lawsuit and the subsequent issuance of an injunction in a related case brought by private plaintiffs, *Scott v. Schedler*, No. 11-926, 2013 WL 264603 (E.D. La. Jan. 23, 2013), *aff'd in part, vacated in part, remanded by* 771 F.3d 831 (5th Cir. 2014), Defendants have made certain changes to their policies and practices in an attempt to remedy the State's longtime noncompliance with the NVRA.  However, those changes have failed to bring the State into full compliance with Section 7 and to remedy its

earlier non-compliance.  Based on the undisputed evidence of ongoing and still widespread violations, this Court should grant the United States' Motion for Summary Judgment and issue an order declaring Defendants in violation of Section 7 of the NVRA.

A memorandum in support of this motion is attached, along with a statement of undisputed material facts.

Respectfully submitted this 1st day of February, 2016.

| | |
|---|---|
| J. WALTER GREEN<br>United States Attorney<br>Middle District of Louisiana | VANITA GUPTA<br>Principal Deputy Assistant Attorney General<br>Civil Rights Division |
| **s/ *John J. Gaupp*** <br>JOHN J. GAUPP, LBN 14976<br>Assistant United States Attorney<br>(Local Counsel)<br>777 Florida Street, Suite 208<br>Baton Rouge, Louisiana 70801<br>Telephone: (225) 389-0443<br>Fax: (225) 389-0685<br>E-mail: john.gaupp@usdoj.gov | **s/ *Bradley E. Heard*** <br>T. CHRISTIAN HERREN, JR.<br>MEREDITH BELL-PLATTS<br>BRADLEY E. HEARD, Trial Attorney<br>JANIE ALLISON ("JAYE") SITTON<br>J. ERIC RICH<br>PATRICK M. HOLKINS<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 305-4196<br>Fax: (202) 307-3961<br>E-mail: Bradley.Heard@usdoj.gov |

## CERTIFICATE OF SERVICE

This certifies that I have this day filed the within and foregoing **United States' Motion for Summary Judgment** electronically using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record through the Court's electronic filing system.

This 1st day of February, 2016.

                                           **s/ Bradley E. Heard**
                                           BRADLEY E. HEARD
                                           Civil Rights Division
                                           U.S. Department of Justice
                                           Voting Section - NWB
                                           950 Pennsylvania Avenue, N.W.
                                           Washington, D.C. 20530
                                           Telephone:    (202) 305-4196
                                           Facsimile:    (202) 307-3961
                                           E-mail: Bradley.Heard@usdoj.gov