## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

ROY FERRAND, LUTHER SCOTT, JR.,
and LOUISIANA STATE CONFERENCE
OF THE NAACP, for themselves and all
other persons similarly situated,

Civil Action No. 2:11-cv-00926
JTM-JCW
SECTION "H" (2)

*Plaintiffs,*

v.

TOM SCHEDLER in his official capacity
as the Louisiana Secretary of State, RUTH
JOHNSON, in her official capacity as
Secretary of the Louisiana Department of
Children & Family Services, and BRUCE
D. GREENSTEIN, in his official capacity
as Secretary of the Louisiana Department of
Health & Hospitals,

*Defendants.*

## CERTIFICATION OF DEFENDANT BRUCE D. GREENSTEIN

To the extent that the Louisiana Department of Health and Hospitals is required to do so

by this Court's Order (R. Doc 437) and in accordance with this Court's Findings of Fact and

Conclusions of Law in the above-referenced matter (R. Doc. 436), as Secretary of the Louisiana

Department of Health and Hospitals, I hereby certify, to the best of my knowledge and

directives, that the following programs are in compliance with the National Voter Registration

Act ("NVRA"):

Medicaid

Women, Infants, & Children Program ("WIC")

Signed this __14__ day of March, 2013 in Baton Rouge, Louisiana

EXHIBIT
20

Bruce D. Greenstein
Respectfully submitted,

**TAYLOR, PORTER, BROOKS & PHILLIPS
LLP**

/s/ Harry J. "Skip" Philips, Jr.
Harry J. "Skip" Philips, Jr. (No. 2047)
Amy C. Lambert (No. 24348)
Katia Desrouleaux Bowman (No. 31700)
P. O. Box 2471 (70821-2471)
451 Florida Street, 8th Floor
Baton Rouge, LA 70801
Telephone: (225) 387-3221
Facsimile: (225) 346-8049
skip.philips@taylorporter.com
amy.lambert@taylorporter.com
katia.bowman@taylorporter.com

*Counsel for Defendant, Suzy Sonnier, in her official
capacity as Secretary of the Louisiana Department of
Children & Family Services and Defendant, Bruce
Greenstein, in his official capacity as Secretary of the
Louisiana Department of Health and Hospitals*

Douglas L. Cade (22747)
Rebecca C. Clement (31665)
Stephen R. Russo, T.A. (23284)
Kimberly L. Humbles (24465)
David L. McCay (23427)
Louisiana Department of Health and
Hospitals
628 N. 4th Street
P.O. Box 3836
Baton Rouge, LA 70821-3836
Telephone: (225) 342-6401
Facsimile: (225) 342-2232
Douglas.Cade@La.Gov
Rebecca.Clement@La.Gov
Stephen.Russo@La.Gov
Kimberly.Humbles@La.Gov
David.McCay@La.Gov

*Attorneys for Bruce Greenstein, in his official capacity as Secretary of the Louisiana Department of Health & Hospitals*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing "Certification of Defendant Bruce D. Greenstein" was filed with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to all parties in this matter via electronic notification or otherwise.

Baton Rouge, Louisiana, this 15th day of March, 2013.

/s/ Harry J. "Skip Philips, Jr._____
Harry J. "Skip" Philips, Jr.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

ROY FERRAND, LUTHER SCOTT, JR.,
and LOUISIANA STATE CONFERENCE
OF THE NAACP, for themselves and all
other persons similarly situated

v.

TOM SCHEDLER, in his official capacity
as the Louisiana Secretary of State, RUTH
JOHNSON, in her official capacity as
Secretary of the Louisiana Department of
Children & Family Services, and BRUCE
D. GREENSTEIN, in his official capacity
as Secretary of the Louisiana Department
of Health & Hospitals

CIVIL ACTION NO. 2-11-00926
JTM-JCM

SECTION: H

## CERTIFICATION OF DEFENDANT SUZY SONNIER

Pursuant to this Court's Order (R. Doc. 437) and in accordance with this Court's Findings

of Facts and Conclusions of Law in the above-referenced matter (R. Doc. 436), as Secretary of

Department of Children and Family Services, I, Suzy Sonnier, hereby certify that the following

programs are in compliance with the National Voter Registration Act ("NVRA):

A.  Supplemental Nutritional Assistance Program (SNAP)
    (this includes Disaster Supplemental Nutritional Assistance Program (DSNAP) and the
    Louisiana Combined Application Project (LaCAP))
B.  Kinship Care Subsidy Program (KCSP)
C.  Child Care Assistance Program (CCAP)
D.  Family Independence Assistance Program (FITAP)

Signed this 15th day of March , 2013 in Baton Rouge, Louisiana.

Suzy Sonnier, Secretary
Department of Children and Family Services
Office of the Secretary
627 N. 4th Street
Baton Rouge, Louisiana 70802

Respectfully Submitted:


**TAYLOR, PORTER, BROOKS & PHILLIPS LLP**

/s/ Harry J. "Skip" Philips, Jr.

Harry J. "Skip" Philips, Jr. (No. 2047)
Amy C. Lambert (No. 24348)
Katia Desrouleaux Bowman (No. 31700)
P. O. Box 2471 (70821-2471)
451 Florida Street, 8th Floor
Baton Rouge, LA  70801
Telephone:  (225) 387-3221
Facsimile: (225) 346-8049
*skip.philips@taylorporter.com*
*amy.lambert@taylorporter.com*
*katia.bowman@taylorporter.com*

***Counsel for Defendant, Suzy Sonnier, in her official capacity as Secretary of the Louisiana Department of Children & Family Services***

Charlie L. Dirks III (25650)
Celia M. Alexander, Bar Roll (27925)
Eboni M. Townsend (30094)
Bureau of General Counsel
Department of Children & Family Services
627 N. 4th Street, Fourth Floor (70802)
Post Office Box 1887
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1125
Facsimile: (225) 342-9139

*Attorneys for Suzy Sonnier, in her official capacity as Secretary of the Louisiana Department of Children & Family Services*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing "Certification of Defendant Suzy Sonnier" was filed with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to all parties in this matter via electronic notification or otherwise.

Baton Rouge, Louisiana, this 15th day of  March , 2013.

/s/ Harry J. "Skip" Philips, Jr.

Harry J. "Skip" Philips, Jr.
