UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CIVIL ACTION NO.:** |
| : | |
| **VS.** : | **11-CV-00470-JWD-RLB** |
| : | |
| **STATE OF LOUISIANA, ET AL** : | |
| : | |

**JOINT MOTION TO SET DISPOSITIVE MOTIONS FOR ORAL ARGUMENT**

NOW INTO COURT, through undersigned counsel, come Defendants, Louisiana Department of Children and Family Services and Secretary Marketa G. Walters[1] ("DCFS"), Louisiana Department of Health and Hospitals and Secretary Rebekah Gee[2] ("DHH"), Louisiana Secretary of State ("SOS"), and State of Louisiana (collectively, "Defendants"), who jointly move for an order of this Court setting for oral argument all dispositive motions filed in this case and represent that:

1.

In accordance with the Scheduling Order of August 18, 2015 (R. Doc. 271), all parties in this voting rights litigation have now filed their dispositive motions. Such motions include:

1. **SOS' Motion for Partial Summary Judgment (R. Doc. 336),**

2. **DHH and DCFS' Motion to Dismiss Based on *Res Judicata*, Collateral Estoppel or Mootness (R. Doc. 340),**

3. **State of Louisiana's Motion to Dismiss Pursuant to 12(b)(1) (R. Doc. 341),**

4. **SOS' Motion to Dismiss (R. Doc. 342),**

---

[1] Ruth Johnson was named a party as DCFS Secretary in the original Complaint, but Marketa G. Walters is the current Secretary of the DCFS.
[2] Bruce Greenstein was named a party as DHH Secretary in the original Complaint, but Dr. Rebekah Gee is the current Secretary of DHH.

5.  **State of Louisiana's Motion to Dismiss Pursuant to 12(c) (R. Doc. 345), and**

6.  **USA's Motion for Summary Judgment (R. Doc. 346)**

2.

Considering the numerous (and often voluminous) attachments and responses filed (and to be filed)³ in support of, and opposition to, each of these six (6) motions, Defendants believe that oral argument as to each matter, presented in each motion, for the Court's consideration would greatly assist the Court in reaching its decisions.

3.

As to any matters that have already been the subject of a hearing in this case (including specifically the issue of preclusion), the Court may limit or re-direct the scope of the pertinent oral argument, as it deems appropriate.

4.

In response to Defendants' notification to the USA of their intention to file this joint motion, the USA asked Defendants to represent its position as follows: "The United States believes oral argument is unnecessary and that this matter can and should be resolved on the briefs and memoranda filed by the parties. However, the United States is of course willing to appear for oral argument if the Court believes it would be helpful in resolving any of the pending motions."

WHEREFORE, Defendants pray for an order setting all dispositive motions for oral argument as soon as the Court's docket will allow following the expiration of the timeline, set in the Scheduling Order (R. Doc. 271), for filing replies in support of the dispositive motions.

---

³ As of the date of this filing, the time for filing replies in support of dispositive motions (i.e., 21 days after service of the response) has not yet elapsed.

Submitted on March 28, 2016.

Respectfully Submitted:

**TAYLOR, PORTER, BROOKS & PHILLIPS LLP**

/s/ Katia D. Bowman
Harry J. "Skip" Philips, Jr. (No. 2047)
Amy C. Lambert (No. 24348)
Katia Desrouleaux Bowman (No. 31700)
P. O. Box 2471 (70821-2471)
451 Florida Street, 8th Floor
Baton Rouge, LA  70801
Telephone:  (225) 387-3221
Facsimile: (225) 346-8049
*skip.philips@taylorporter.com*
*amy.lambert@taylorporter.com*
*katia.bowman@taylorporter.com*

*Counsel for Defendant, Marketa G. Walters, in her official capacity as Secretary of the Louisiana Department of Children & Family Services and Defendant, Rebekah Gee, in her official capacity as Secretary of the Louisiana Department of Health and Hospitals*

Celia M. Alexander, Bar Roll (27925)
Charles L. Dirks, Bar Roll (25650)
Bureau of General Counsel
Department of Children & Family Services
627 N. 4th Street, Fourth Floor (70802)
Post Office Box 1887
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1125
Facsimile: (225) 342-9139
*Attorneys for Marketa G. Walters, in her official capacity as Secretary of the Louisiana Department of Children & Family Services*

Rebecca Clement (31665)
Stephen R. Russo (23284)
Kimberly L. Humbles (24465)
David L. McCay (23527)
Louisiana Department of Health & Hospitals
Bureau of Legal Services
Bienville Building

3

628 N. 4th Street
P.O. Box 3836
Baton Rouge, LA 70821
Telephone: 225-342-1128
*Attorneys for Rebekah Gee, in her official capacity as Secretary of the Louisiana Department of Health & Hospitals*

AND

/s/Celia R. Cangelosi
CELIA R. CANGELOSI
Bar Roll No. 12140
5551 Corporate Blvd., Suite 101
Baton Rouge, LA 70808 Telephone: (225) 231-1453 Facsimile: (225) 231-1456 Email: celiacan@bellsouth.net

/s/ Carey T. Jones
CAREY T. JONES (Bar #07474)
1234 Del Este Avenue, Suite 803
P.O. Box 700
Denham Springs, LA 70727
Telephone: (225) 664-0077
Facsimile: (225) 664-9477
tjones@tomjoneslaw.com

*Attorneys for J. Thomas Schedler, Louisiana Secretary of State*

AND

**JEFF LANDRY**
ATTORNEY GENERAL

/s/ Angelique Duhon Freel

Angelique Duhon Freel (La. Bar Roll No. 28561)
Jeffrey M. Wale (La. Bar Roll No. 36070)
Assistant Attorneys General Louisiana Department of Justice Civil Division
P. O. BOX 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6031

4

1268693.1

                              Facsimile: (225) 326-6099
                              Email: freela@ag.state.la.us
                              carbonettem@ag.state.la.us

*Counsel for the Defendant, State of Louisiana*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing was electronically filed in the CM/ECF system and all counsel would therefore receive a copy of the foregoing through that system.

                              /s/ Katia D. Bowman
                              Katia D. Bowman