IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.

STATE OF LOUISIANA, *et al.,*

    *Defendants.*

CIVIL ACTION NO.
3:11-CV-470-JWD-RLB

## ORDER

THIS MATTER is before the Court on the parties' joint motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2), in light of the parties' settlement of this case. *See* ECF No. 523. The parties' settlement agreement, ECF No. 523-1, is contingent upon the Court's vacatur of its July 26, 2016, Order and Ruling, ECF No. 456. Accordingly, this Court's July 26, 2016, Order and Ruling on dispositive motions, ECF No. 456, is hereby **VACATED**. Upon due consideration of the motion and for good cause shown, the motion is **GRANTED**, and it is hereby **ORDERED** that this action is hereby **DISMISSED** pursuant to Fed. R. Civ. P. 41(a)(2), without admission of liability on the part of any party and with no party deemed to be a prevailing party.

    Signed in Baton Rouge, Louisiana, on August 21, 2017.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**